IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **JOSEPH GORMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 20-cv-3176 |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY** | ) ) ) ) |
| | ) |
| Defendant. | ) |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 18).  Magistrate Judge Schanzle-Haskins recommends that this Court: (1) deny Plaintiff's Motion for Summary Judgment (d/e 12); (2) grant Defendant's Motion for Summary Affirmance (d/e 17); and (3) affirm Defendant's decision to deny Social Security disability benefits to Plaintiff.

Objections to the Report and Recommendation were due on or before January 27, 2022.  Neither party filed objections.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). If no objection or only partial objection is made, the district judge reviews those unobjected portions for clear error. <u>Johnson v. Zema Sys. Corp.</u>, 170 F.3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After reviewing the record, the Report and Recommendation, and the parties' motions and memoranda, as well as the applicable law, the Court finds no clear error in Magistrate Judge Schanzle-Haskins's Report and Recommendation.

It is, therefore, ORDERED:

**(1)   The Report and Recommendation of United States Magistrate Judge Schanzle-Haskins (d/e 18) is ACCEPTED and ADOPTED.**

**(2)   Plaintiff's Motion for Summary Judgment (d/e 12) is DENIED.**

(3) **Defendant's Motion for Summary Affirmance (d/e 17) is GRANTED.**

(4) **The decision of the Commissioner is AFFIRMED.**

(5) **THIS CASE IS CLOSED.**

ENTER: January 28, 2022

                                            /s/ Sue E. Myerscough
                                            SUE E. MYERSCOUGH
                                            UNITED STATES DISTRICT JUDGE